John S. Boyle,
State's Attorney, Cook county, for appellant; John T. Gallagher,
Rudolph L. Janega, Arthur F. Manning, and William J. McGah, Jr.,
Assistant State's Attorneys, of counsel. Opinion by JUSTICE NIE-
MEYER. Not to be published in full. Opinion filed March 14, 1952;
released for publication March 28, 1952.

Angelo Palello, Appellant, v. Marie Palello, Appellee.

Gen. No. 45,491.

Norman
A. Pope, for appellant; Richard E. Dooley, of counsel; Paul Broccolo,
for appellee. Opinion by JUSTICE FRIEND. Not to be published in full.
Opinion filed March 24, 1952; released for publication April 9, 1952.

City of Chicago, Appellant, v. Nora M. Ferrin,
Appellee.
City of Chicago, Appellant, v. Mary Daniels, Appellee.
City of Chicago, Appellant, v. Delvena Byrnes,
Appellee.

Gen. Nos. 45,557, 45,558, 45,559.

John J. Mortimer, Corporation Counsel, for appellant; L. Louis Karton, Head of Appeal and Review Division, and John L. Steffens, Assistant Corporation Counsel, of counsel; Lyle, Havey and Gager, John H. Lyle, Edward T. Havey, and Ernest H. Gager, for appellees. Marshall E. Neuberg, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 24, 1952; released for publication April 9, 1952.

People of State of Illinois ex rel. Thomas H. Papworth, Appellee, v. Roy E. Yung, Director of Department of Agriculture of State of Illinois et al.; Charles Maiwurm, Appellants.

## Gen. No. 45,624.

Ivan A. Elliott, Attorney General, of State of Illinois, for appellants; William C. Wines, Raymond S. Sarnow, James C. Murray, and A. Zola Groves, Assistant Attorneys General, of counsel; Michael F. Ryan, for appellee;